UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HUGH EDWARD BLANKENSHIP and
SANDRA L. BLANKENSHIP,

           Plaintiffs,

-vs-                                  Case No. 6:07-cv-82-Orl-28KRS

M/V CARY'D AWEIGH and MARK
LANEVE,

           Defendants.
_____

## ORDER

This case is before the Court on the Motion for Default Judgment Against Defendant Vessel, M/V Cary'd Aweigh, In Rem (Doc. No. 20) filed May 10, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that Plaintiffs, the only party appearing in this action, have filed a Consent to the Report and Recommendation (Doc. 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 14, 2007 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    A default having been entered as to the M/V Cary'd Aweigh on April 16, 2007 (Doc. 19), the Clerk of Court is directed to enter a default judgment against the M/V Cary'd

Aweigh directing that possession of the M/V Cary'd Aweigh is transferred to Hugh Edward Blankenship and Sandra L. Blankenship.

3.    Plaintiffs are ordered to show cause, within eleven (11) days from the date of this Order, why the remaining claims against Mark Laneve should not be dismissed for failure of prosecution.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of September, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party